UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fred L. Frankena,

Plaintiff,

vs.

Matthew T. Busam,

Defendant.

Case No.: 00-CV-545 RKK/JMM

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

It is hereby stipulated by and between the parties hereto, through their respective undersigned attorneys, that the above-entitled action be, and is hereby dismissed on its merits with prejudice, but without costs or disbursements to any of the parties hereto.

It is further stipulated that without further notice, the Clerk of the above Court may enter a judgment of dismissal with prejudice and upon the merits, and without costs or disbursements to any of the parties.

Dated: 8/16/, 2000

DAVID L. KRAKER & ASSOCIATES

David L. Kraker, #57988
3109 Hennepin Avenue South
Minneapolis, MN 55408
Telephone: 612-827-8124
Attorneys for Plaintiff

FILED AUG 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 22 2000
DEPUTY CLERK

Dated: 8/21, 2000

GARTNER, BENNETT & SCHUPP, PC

Matthew R. McBride
William J. Tipping, #170343
Matthew R. McBride, #261981
One Financial Plaza, Suite 2200
120 South Sixth Street
Minneapolis, MN 55402-1824
Telephone: 612-333-3839

and

James A. Carney, #1018714
Larry W. Barton, #1010523
Nowlan & Mouat
100 S. Main Street
P.O. Box 8100
Janesville, WI 53547-8100
Telephone: 608-755-8100
Attorneys for Defendant Matthew T. Busam

ORDER FOR JUDGMENT OF DISMISSAL

Pursuant to the Stipulation of Dismissal between the parties as completed above,

IT IS HEREBY ORDERED that judgment shall be entered dismissing the complaint on its merits with prejudice and without costs or disbursements to either party.

Dated this 22d day of August, 2000.

BY THE COURT

Richard H. Kyle
Richard H. Kyle
United States District Court Judge

783/stip for dismiss